**B1 (Official Form 1)(4/10)**

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Chicago Kitchen & Bath, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**36-3632390** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1521 N. Sedgwick Street**<br>**Chicago, IL**<br>ZIP Code **60610** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above):  **1521 N. Sedgwick Street, Chicago, IL 60610** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Chicago Kitchen & Bath, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Chicago Kitchen & Bath, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Patience R. Clark, Esq.**
Signature of Attorney for Debtor(s)

**Patience R. Clark, Esq. 6282669**
Printed Name of Attorney for Debtor(s)

**Law Office Patience R. Clark, P.C.**
Firm Name

**30 N. LaSalle Street**
**Suite 3400**
**Chicago, IL 60602**
Address

Email: prc@clarklawchicago.com
**(312) 332-0133  Fax: (312) 332-0144**
Telephone Number

**June 30, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Joyce L. Carlson**
Signature of Authorized Individual

**Joyce L. Carlson**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 30, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Chicago Kitchen & Bath, Inc.**
                              Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **A. Hardroit Chicago**<br>**2777 Old Higgins Road**<br>**Elk Grove Village, IL 60007** | **A. Hardroit Chicago**<br>**2777 Old Higgins Road**<br>**Elk Grove Village, IL 60007** | | | **1,800.00** |
| **Bank of America**<br>**PO Box 851001**<br>**Dallas, TX 75285** | **Bank of America**<br>**PO Box 851001**<br>**Dallas, TX 75285** | | | **22,697.00** |
| **Capital One**<br>**PO Box 6492**<br>**Carol Stream, IL 60197** | **Capital One**<br>**PO Box 6492**<br>**Carol Stream, IL 60197** | | | **9,800.00** |
| **Chase Bank USA, N.A.**<br>**201 N. Walnut Street**<br>**Wilmington, DE 19801** | **Chase Bank USA, N.A.**<br>**201 N. Walnut Street**<br>**Wilmington, DE 19801** | | | **17,500.00** |
| **Chicago Copper and Iron**<br>**3118 N. Clybourn**<br>**Chicago, IL 60618** | **Chicago Copper and Iron**<br>**3118 N. Clybourn**<br>**Chicago, IL 60618** | | | **8,000.00** |
| **ComEd**<br>**PO Box 6111**<br>**Carol Stream, IL 60197** | **ComEd**<br>**PO Box 6111**<br>**Carol Stream, IL 60197** | | | **8,077.00** |
| **Community Home Supply**<br>**3924 N. Lincoln Avenue**<br>**Chicago, IL 60613** | **Community Home Supply**<br>**3924 N. Lincoln Avenue**<br>**Chicago, IL 60613** | | | **2,100.00** |
| **Crawford Material Co.**<br>**3949 W. Palmer Street**<br>**Chicago, IL 60647** | **Crawford Material Co.**<br>**3949 W. Palmer Street**<br>**Chicago, IL 60647** | | | **4,500.00** |
| **Fifth Third Bank**<br>**PO Box 740789**<br>**Cincinnati, OH 45274** | **Fifth Third Bank**<br>**PO Box 740789**<br>**Cincinnati, OH 45274** | | | **35,000.00** |
| **Glass Dimensions**<br>**1942 N. 15th Avenue**<br>**Melrose Park, IL 60160** | **Glass Dimensions**<br>**1942 N. 15th Avenue**<br>**Melrose Park, IL 60160** | | | **2,600.00** |
| **Granite Design**<br>**945 N. California Avenue**<br>**Chicago, IL 60622** | **Granite Design**<br>**945 N. California Avenue**<br>**Chicago, IL 60622** | | | **12,840.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Chicago Kitchen & Bath, Inc.**  Case No. _____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Harris Bank** 111 W. Monroe Street Chicago, IL 60690 | **Harris Bank** 111 W. Monroe Street Chicago, IL 60690 | 1521 N. Sedgwick Street, Chicago, IL 60610 | | **1,850,000.00** (1,000,000.00 secured) |
| **JCR Distributors** PO Box 600003 Dallas, TX 75360 | **JCR Distributors** PO Box 600003 Dallas, TX 75360 | | | **1,800.00** |
| **Kluever & Platt** 65 E. Wacker Place Suite 2300 Chicago, IL 60601 | **Kluever & Platt** 65 E. Wacker Place Suite 2300 Chicago, IL 60601 | | | **14,758.00** |
| **Lee Lumber** 3250 N. Kedzie Avenue Chicago, IL 60618 | **Lee Lumber** 3250 N. Kedzie Avenue Chicago, IL 60618 | | | **13,000.00** |
| **Peoples Energy** 130 E. Randolph Street Chicago, IL 60601 | **Peoples Energy** 130 E. Randolph Street Chicago, IL 60601 | | | **1,447.00** |
| **Polamer** 5496 N. Northwest Hwy Chicago, IL 60630 | **Polamer** 5496 N. Northwest Hwy Chicago, IL 60630 | | | **22,000.00** |
| **Shell Oil** PO Box 183019 Columbus, OH 43218 | **Shell Oil** PO Box 183019 Columbus, OH 43218 | | | **2,000.00** |
| **Transgroup International** PO Box 69207 Seattle, WA 98168 | **Transgroup International** PO Box 69207 Seattle, WA 98168 | | | **4,500.00** |
| **Your Other Warehouse** PO Box 973750 Dallas, TX 75397 | **Your Other Warehouse** PO Box 973750 Dallas, TX 75397 | | | **3,500.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June 30, 2011**              Signature  **/s/ Joyce L. Carlson**
                                                **Joyce L. Carlson**
                                                **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

.

A. Hardroit Chicago
2777 Old Higgins Road
Elk Grove Village, IL 60007


Bank of America
PO Box 851001
Dallas, TX 75285


Bank of America
P.O. Box 15710
Wilmington, DE 19886


Capital One
PO Box 6492
Carol Stream, IL 60197


Chase Bank
PO Box 15153
Wilmington, DE 19886


Chase Bank USA, N.A.
201 N. Walnut Street
Wilmington, DE 19801


Chicago Copper and Iron
3118 N. Clybourn
Chicago, IL 60618


ComEd
PO Box 6111
Carol Stream, IL 60197


Community Home Supply
3924 N. Lincoln Avenue
Chicago, IL 60613


Crawford Material Co.
3949 W. Palmer Street
Chicago, IL 60647


Fifth Third Bank
PO Box 740789
Cincinnati, OH 45274

Glass Dimensions
1942 N. 15th Avenue
Melrose Park, IL 60160


Granite Design
945 N. California Avenue
Chicago, IL 60622


Harris Bank
111 W. Monroe Street
Chicago, IL 60690


Harris Bank
c/o Crowley & Lamb
350 N. LaSalle Street, Suite 900
Chicago, IL 60654


JCR Distributors
PO Box 600003
Dallas, TX 75360


Kluever & Platt
65 E. Wacker Place
Suite 2300
Chicago, IL 60601


Lee Lumber
3250 N. Kedzie Avenue
Chicago, IL 60618


Menards
PO Box 5219
Carol Stream, IL 60197


Peoples Energy
130 E. Randolph Street
Chicago, IL 60601


Polamer
5496 N. Northwest Hwy
Chicago, IL 60630


Shell Oil
PO Box 183019
Columbus, OH 43218

```
Transgroup International
PO Box 69207
Seattle, WA 98168


Your Other Warehouse
PO Box 973750
Dallas, TX 75397
```