IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 11 B 27247 |
| | ) | |
| Chicago Kitchen and Bath, Inc. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Susan Pierson Sonderby |

**AGREED ORDER**

This Matter coming on to be heard on Debtor's Motion for Use of Cash Collateral, upon due notice, and the court being duly advised in the premises:

It is Hereby Ordered:

1. The Hearing on Debtor's Motion for Use of Cash Collateral shall be entered and continued to October 4, 2011, and *at 1:30 p.m.*

2. The Final Pretrial Statement Order entered on September 6, 2011 shall be due on September 27, 2011.

3. The Hearing date of September 20, 2011 shall be stricken.

Attorney for Debtor                                  Attorney for Harris Bank, N.A.

_____                      _____

Dated:                                               ENTER:

                                                     _____
                                                     United States Bankruptcy Judge
                                                     *9.16.11*

Patience R. Clark (6282669)
PATIENCE R. CLARK, P.C.
30 N. LaSalle Street, Suite 3400
Chicago, Illinois 60602
(312) 332-0133 Telephone

1