IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 11 B 27247 |
| | ) | |
| Chicago Kitchen and Bath, Inc. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Susan Pierson Sonderby |

**AGREED ORDER**

This Matter coming on to be heard on Debtor's Motion for Use of Cash Collateral, upon due notice, and the court being duly advised in the premises:

It is Hereby Ordered:

1. The Hearing on Debtor's Motion for Use of Cash Collateral shall be entered and continued to ~~October 27, 2011; and~~ November 1, 2011 at 1:30 PM; and

2. The Final Pretrial Statement Order entered on September 6, 2011 shall be due on ~~October 20, 2011.~~ October 25, 2011.

3. The Hearing date of October 4, 2011 shall be stricken.

Attorney for Debtor

_____

Dated:

Attorney for Harris Bank, N.A.

_____

ENTER:

_____
United States Bankruptcy Judge

9.29.11

Patience R. Clark (6282669)
PATIENCE R. CLARK, P.C.
30 N. LaSalle Street, Suite 3400
Chicago, Illinois 60602
(312) 332-0133 Telephone
(312) 332-0144 Facsimile

1